IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELYN N'JAI,<br>　　　　Plaintiff<br><br>　　v.<br><br>PITTSBURGH BOARD OF PUBLIC<br>EDUCATION, et al.,<br>　　　　Defendants | No. 1:24cv329<br><br>(Judge Munley)<br><br>(Magistrate Judge Carlson) |

## ORDER

**AND NOW**, to wit, this 3rd day of July 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's objections, (Doc. 24), to Magistrate Judge Carlson's report and recommendation ("R&R") are **OVERRULED**;

2) The R&R, (Doc. 23), is **ADOPTED**;

3) Plaintiff's *pro se* amended complaint, (Doc. 22), is **DISMISSED** without prejudice;

4) If plaintiff wishes to file distinct claims in the future, she is directed to do so in separate distinct complaints that comply with Rule 20 of the Federal Rules of Civil Procedure in the appropriate venue; and

5) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court